# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Fernando Solorzano-Sanches,

    Plaintiff(s),

vs.

United States of America,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:05-cv-288-MU-3

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 6, 2005 Order.

**Signed: September 29, 2005**

Frank G. Johns, Clerk
United States District Court